UNITED STATES of America,
Plaintiff–Appellee,

v.

Danny Lynn QUALLS, Defendant–Appellant.

No. 95–50378.

United States Court of Appeals,
Ninth Circuit

Sept. 3, 1997.

Before: HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is or-

dered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.